270 So.2d 122

**Felix J. GUILLOT, Jr.**

v.

**SPENCER BUSINESS COLLEGE, INC.**

**No. 53018.**

Dec. 21, 1972.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

270 So.2d 122

**Mrs. Constance JARREAU**

v.

**Succession of Paul JARREAU.**

**No. 53015.**

Dec. 21, 1972.

Writ denied. The result is correct.